UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Carlos Alberto Lora Jimenez,

Defendant.

19-CR-52 (AJN)

ORDER

FEB 1 8 2020

ALISON J. NATHAN, District Judge:

The sentencing for Defendant Carlos Alberto Lora Jimenez is hereby set for April 2, 2020 at 11:00 a.m. The Court modifies the schedule for sentencing submissions as follows. Sentencing submissions from the Defendant are due on or before March 26, 2020. The Government's submission is due on or before March 30, 2020.

SO ORDERED.

Dated: February 18, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge