# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York  11361**
Tel  (516) 829-2299
*jp@jpittell.com*



*Long Island Office*
**14 Bond St, Suite 389**
**Great Neck, New York  11021**
Tel  (516) 829-2299
*jp@jpittell.com*

June 29, 2020

Hon. Alison J. Nathan
U.S. District Court
40 Foley Square
New York, NY 10007

Re:   *US v. Pena Montero and Lora Jimenez,* 19 Cr 52

Dear Judge Nathan:

I am counsel for Carlos Alberto Lora Jimenez, a defendant in the above referenced matter.

Previously, Mr. Lora Jimenez pleaded guilty, before Judge Batts, pursuant to a Plea Agreement.

Sentencing is scheduled for July 8, 2020.  In light of the ongoing uncertainty as to when in-person sentencing proceedings will resume, I respectfully request the sentence date be adjourned for at least 90 days.  Additionally, I make this request as Mr. Lora Jimenez, and his family, all reside in Miami, Florida.  Due to quarantine requirements imposed upon travelers arriving from Florida, they cannot even travel to New York at this time.

In light of the foregoing, I respectfully request the sentencing date be adjourned to a date, after October 12, 2020, which is available on the Court's calender.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Kyle Wirshba, AUSA (By ECF)
      Carlos Alberto Lora Jimenez

SO ORDERED.    6/30/20

*Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

> The sentencing for Defendant Carlos Alberto Lora Jimenez currently scheduled for July 8, 2020 is hereby adjourned to October 15, 2020 at 3:00 p.m.  Sentencing submissions from the Defendant are due on or before October 8, 2020.  The Government's submission is due on or before October 13, 2020.  SO ORDERED.