```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021
```

## MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

Reply To:  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361

Long Island Office  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
jp@jpittell.com



SO ORDERED. 1/4/2021
ALISON J. NATHAN, U.S.D.J.

The request for modification of bond conditions is GRANTED. The sentencing scheduled for January 18, 2021, is adjourned to May 5, 2021, at 11:00 a.m. SO ORDERED. The Defendant's sentencing submission is due April 28, 2021. The Government's sentencing submission is due May 3, 2021. SO ORDERED.

Re: *US v. Pena Montero and Lora Jimenez,* 19 Cr 52

Dear Judge Nathan:

I am counsel for Carlos Alberto Lora Jimenez, a defendant in the above referenced matter.

Previously, Mr. Lora Jimenez pleaded guilty, before Judge Batts, pursuant to a Plea Agreement. Sentencing is scheduled for January 18, 2021. Although, in some instances, sentences have proceeded by videoconference, in this matter, it is my preference that the sentencing occur in person as Mr. Lora Jimenez has only appeared before Judge Batts. In light of ongoing uncertainty, regarding the resumption of in-person sentencing proceedings, I respectfully request the sentence date be adjourned for at least 90 days. Additionally, I make this request as Mr. Lora Jimenez, and his family (who will attend the sentencing proceeding), all reside in Miami, Florida. Due to quarantine requirements imposed upon travelers arriving from Florida, it will be burdensome for them to travel to and from New York. In light of the foregoing, I respectfully request the sentencing date be adjourned to a date, after April 22, 2021, which is available on the Court's calender.

In addition, Mr. Lora Jimenez's bond limits his travel to the Southern District of Florida (where he resides). Throughout the pendency of this case, Mr. Lora Jimenez has been fully compliant with the terms of his pretrial supervision. At times, he has wanted to travel to the Orlando which is in the adjacent Middle District of Florida. By this letter, I respectfully request his bond be modified to allow travel to the Middle District of Florida.

I have conferred with the Government and they consent to these requests.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc: Mollie Bracewell/Kyle Wirshba AUSA (By ECF)  
Carlos Alberto Lora Jimenez