UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Carlos Alberto Jimenez,

Defendant.

19-cr-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing scheduled for May 5, 2021, is adjourned to May 13, 2021, at 3:00 p.m. Due to measures to ensure the safety of all those attending the sentencing in light of the COVID-19 pandemic, seating space in the courtroom is very limited. The parties should inform the Court by joint letter by May 4, 2021, how many people they expect to be in attendance. The Defendant's sentencing submission is due one week before sentencing and the Government's submission is due three days before sentencing.

SO ORDERED.

Dated: April 26, 2021
New York, New York

ALISON J. NATHAN
United States District Judge