# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/5/2021

Reply To:
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

Long Island Office
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

April 27, 2021

Hon. Alison J. Nathan
U.S. District Court
40 Foley Square
New York, NY 10007

Re:   *US v. Pena Montero and Lora Jimenez,* 19 Cr 52

Dear Judge Nathan:

I am counsel for Carlos Alberto Lora Jimenez, a defendant in the above referenced matter.

Previously, Mr. Lora Jimenez pleaded guilty, before Judge Batts, pursuant to a Plea Agreement. Sentencing is scheduled for May 13, 2021. It is my understanding the proceeding is scheduled to occur in person. However, Mr. Lora Jimenez, and his family members (who will attend the sentencing proceeding), all reside in Miami, Florida. Mr. Lora Jimenez, and many of his family members, want to, but have not received the Covid 19 vaccine. As such, there is still an ongoing health risk for them to travel to New York. In addition, Mr. Lora Jimenez is going undergo a surgical procedure next week.

In light of the foregoing, I respectfully request the sentencing date be adjourned for approximately 45 days, subject to the Court's availability, to a date during the week of June 28, 2021 (except June 30, 2021) or a date thereafter (except July 12-23, 2021).

I have conferred with the Government and they consent to this request.

Respectfully submitted,

G. Pittell

cc:   Mc                                                ECF)
      Ca

SO ORDERED.  5/5/2021
ALISON J. NATHAN, U.S.D.J.

The sentencing scheduled for May 13, 2021, is adjourned to July 1, 2021, at 11:00 a.m. SO ORDERED.