UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021
```

United States of America,

—v—

Carlos Alberto Jimenez,

Defendant.

19-CR-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court on October 18, 2021, received an email from Defendant requesting that the date of his sentencing be adjourned for at least six months. The Government consented to that request. The Court therefore orders that the sentencing scheduled for October 29, 2021, is adjourned to Monday, April 25, 2022 at 11:00AM. The Government's sentencing submission is now due on or before Thursday, April 14, 2022.

SO ORDERED.

Dated: October 18, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge