USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/12/22__

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                      1:19-cr-0052 (MKV)

       -against-                                 **ORDER**

CARLOS ALBERTO JIMENEZ

       Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED the sentencing scheduled for April 25th at 11am is ADJOURNED to June 1st 2022 at 11:30am.

    The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

    IT IS FURTHER ORDERED that defense submissions shall be due May 18th and the Government's response shall be due May 25th.

**SO ORDERED.**

**Date: April 12, 2022**

                                             HONORABLE MARY KAY VYSKOCIL
                                             UNITED STATES DISTRICT JUDGE
                                             SOUTHERN DISTRICT OF NEW YORK