```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARLOS ALBERTO JIMENEZ,

Defendant.

1:19-cr-52 (MKV)

**ORDER ADJOURNING SENTENCING**

MARY KAY VYSKOCIL, United States District Judge:

On April 1, 2022, this case was reassigned to this Court. *See* Minute Entry dated April 1, 2022. By an Order dated April 12, 2022, the Court adjourned the then-scheduled sentencing to June 1, 2022 at 11:30am. [ECF No. 75]. In that Order, the Court directed that the Defendant's sentencing submission was to be submitted by May 18, 2022. *Id.*; *see also* Individual Rules of Practice in Criminal Cases § 6(A) ("Unless otherwise ordered, a defendant's sentencing submission shall be served on the government and e-mailed to Chambers no later than two weeks before the date set for sentencing."). To date, the Court has not received any submission from defense counsel.

The Court is compelled to admonish counsel that compliance with the Court's Orders and Individual Rules is not discretionary. The Court hereby adjourns the sentencing hearing currently scheduled for June 1, 2022. The Parties are directed to appear for a sentencing hearing on July 6, 2022 at 10:00am.

**Counsel is on notice that failure to comply with Court Orders may result in sanctions.**

**SO ORDERED.**

**Date: May 20, 2022**
    **New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge