```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/26/22
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,    1:19-CR-00052 (MKV)

      -against-    **ORDER**

CARLOS ALBERTO JIMENEZ

      Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED the sentencing scheduled for July 6th at 10am is ADJOURNED to August 3rd, 2022 at 10:00am.

    The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

    IT IS FURTHER ORDERED that defense submissions shall be due July 20th and the Government's response shall be due July 27th

**SO ORDERED.**

**Date: May 26, 2022**

*(signature: Mary Kay Vyskocil)*

HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK