USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

December 1, 2022

Hon. Mary Kay Vyskocil  
U.S. District Court  
500 Pearl St.  
New York, NY 10007

Re:   *US v. Lora Jimenez,* 19 Cr 52

Dear Vyskocil:

     I am counsel for Carlos Alberto Lora Jimenez, a defendant in the above referenced matter.

     Previously, on August 3, 2022, Mr. Lora Jimenez was sentenced by Your Honor to a term of eighteen months imprisonment. At the time of sentencing Mr. Lora Jimenez was on pretrial release pursuant to a surety bond.

     During the sentencing proceeding, Your Honor allowed Mr. Lora Jimenez to remain out on bond and surrender on December 5, 2022. Among other reasons, this surrender date was scheduled for early December so that Mr. Lora Jimenez could appear for a pending medical appointment (which occurred on November 17, 2022) relating to medical condition (chest tumors) referenced in the Sentencing Memorandum (at pp. 16-17).

     Mr. Jimenez appeared for his medical appointment. During the appointment, a blood test was taken. The test result indicates his Prolactin level is below the normal range (copy enclosed). Due to this result, a follow up appointment was scheduled with an endocrinologist for January 23, 2023 (copy enclosed). Also attached hereto is a letter from Mr. Lora Jimenez' doctor (which I received yesterday), which provides more information about Mr. Lora Jimenez' condition and indicates the purpose of the follow up appointment is to discard the possibility of a pituitary gland tumor or thyroid disease.

     Due to the potentially serious nature of this condition, and the importance of continuity of care, please accept this letter in lieu of a formal motion respectfully requesting that Mr. Lora Jimenez' surrender date be extended to date three weeks after the January 23, 2023 medical appointment. This should allow for sufficient time to receive results of any tests (if taken) and to further assess Mr. Lora Jimenez's medical condition.

Prior to filing this Motion, I contacted the Government to ascertain their position on this matter. They inform do not object to this request.

> Respectfully submitted,
> /s/
> Jeffrey G. Pittell

cc: Mollie Bracewell, AUSA
Carlos Alberto Lora Jimenez

**GRANTED. Defendant's surrender date is hereby extended to February 13, 2023. SO ORDERED.**

Date: 12/1/2022
New York, New York

Mary Kay Vyskocil
United States District Judge