```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARLOS ALBERTO LORA JIMENEZ,

Defendant.

1:19-cr-52 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The defendant's surrender date is hereby adjourned to November 1, 2023. The defendant's most recent letter seeking an adjournment has been filed under seal.

**SO ORDERED.**

**Date: June 20, 2023**
**New York, NY**

_____
MARY KAY VYSKOCIL
**United States District Judge**

1