```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARLOS ALBERTO LORA JIMENEZ,

Defendant.

1:19-cr-52 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The defendant's surrender date is hereby adjourned to February 16, 2024. Defendant's counsel shall provide a status report by February 2, 2024. The defendant's most recent letter seeking an adjournment will be filed under seal.

**SO ORDERED.**

Date:  October 10, 2023
       New York, NY

_____
MARY KAY VYSKOCIL
**United States District Judge**

1