USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARLOS ALBERTO LORA JIMENEZ,

Defendant.

1:19-cr-52 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The defendant's surrender date is hereby adjourned to May 17, 2024. Defendant's counsel shall provide a status report by May 3, 2024. The defendant's most recent letter seeking an adjournment will be filed under seal.

**SO ORDERED.**

Date: February 12, 2024
      New York, NY

_____
MARY KAY VYSKOCIL
**United States District Judge**

1