USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

CARLOS ALBERTO LORA JIMENEZ,

Defendant.

1:19-cr-52 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

The defendant's surrender date is hereby adjourned to December 27, 2024. Defendant's counsel shall provide a status report by July 19, 2024 and every 45 days thereafter. The defendant's most recent letter seeking an adjournment will be filed under seal.

**SO ORDERED.**

**Date:** April 26, 2024
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1