USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

CARLOS ALBERTO LORA JIMENEZ,

Defendant.

1:19-cr-52 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On April 26, 2024, the Court adjourned Defendant's surrender date, upon Defendant's request, to December 27, 2024. [ECF No. 105]. In that Order and in a subsequent Order filed on July 23, 2024 the Court directed defense counsel to provide a status report "every 45 days thereafter." [ECF Nos. 105, 106]. A status report was due on October 24, 2024 and to date, defense counsel has not submitted a status report to the Court. Accordingly, on or before October 30, 2024, defense counsel shall file a status report with the Court and every 45 days thereafter.

**SO ORDERED.**

**Date: October 25, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1